IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.29.71.49

**ISP:** Comcast Cable
**Physical Location:** Hackettstown, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 07/05/2016 22:13:06 | 5769584748B80C4F7AB642B684733324AD2246B9 | Spellbound |
| 06/28/2016 01:34:08 | 1A44F938F9E34A86F83E4AD47EDB272E0B9AF2A3 | X-art Unauthorized Pack 1A44F93 |
| 06/28/2016 01:29:48 | A1E23EBC120122B1DFD1DFB9014967301301D241 | X-art Unauthorized Pack A1E23EB |
| 06/28/2016 01:29:26 | EE4BD4A311F61368C1BBB8621F55442D9AAF3D85 | Loving It Hard And Deep |
| 06/28/2016 01:28:06 | 065338DB17BE8DB45AC608FED6E0D89A91C018B3 | X-art Unauthorized Pack 065338D |
| 06/28/2016 00:43:32 | 6E2855FEAE6BFD0F46859E9474789B00C4C507B3 | Submissive Seduction |
| 03/12/2016 05:23:51 | 40A143A836B187F6B121ED43FA7CF2D401E1E2CD | The Studio Part #1 |
| 03/12/2016 03:47:26 | AF213C4CF6BAC34AF78612A3E2A6C7D69D36FF99 | The Studio Part #2 |
| 09/29/2015 12:02:44 | 1C0EB515DD0A64B094994B5AA6C57BAAE4EF2E1A | No Turning Back Part #2 |
| 09/29/2015 08:55:04 | 6465E8E0E83658C51610B474C53CC32142F77DA5 | No Turning Back Part #1 |
| 08/01/2015 09:22:35 | 1C270D98F32BE3DC936354EB57C8A4E43E256886 | Good Morning I Love You |

**Total Statutory Claims Against Defendant: 24**

EXHIBIT A

CNJ598