UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

R̶E̶C̶E̶I̶V̶E D

DEC 2 7 2016

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 73.29.71.49,

    Defendant.

Civil Action No. 3:16-cv-05241-AET-TJB

## ORDER CORRECTING DOCKET ENTRY

**UPON APPLICATION** by Plaintiff seeking an Order Correcting Docket ~~Entry~~ Entries 9 and 10 because Plaintiff inadvertently filed an incorrect Notice of Dismissal, the Court does hereby:

**ORDER**

1. The Office of the Clerk of this District Court to remove from the Electronic Case Filing (ECF) System the Docket Entry and Document Number 9 and any other references thereto; and and Docket Entry No. 10

2. Plaintiff's counsel to file the appropriate Notice of Dismissal upon the Clerk's removal of Docket Entry and Document Number 9 from the ECF System.

December 27, 2016

_____
THE HONORABLE TONIANNE J BONGIOVANNI
U.S. MAGISTRATE JUDGE